84 A.3d 700

**Alfred DILL, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 182 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 28, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**